**Cecil RAINES, Appellant,**

v.

**Catherine Lois RAINES, David McClain, as Sheriff of Nodaway County, Respondents.**

**No. WD 39018.**

Missouri Court of Appeals,
Western District.

Dec. 15, 1987.

Jerold L. Drake, Grant City, for appellant.

Larry L. Zahnd, Maryville, for respondents.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

### ORDER

PER CURIAM.

Plaintiff, having sought to have a deed declared null and void because of the drafter's mental incompetence, appeals the trial court's order granting of defendant's motion to dismiss.

Judgment affirmed. Rule 84.16(b).